

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| ELISEO GARCIA<br>Fed. Reg. No. 57842-180 | CIVIL ACTION NO. 09-0040 |
| VS. | SECTION P |
| BRUCE HENDERSON, ET AL. | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED THAT** plaintiff's civil complaint is **TRANSFERRED** to the Austin Division of the United States District Court for the Western District of Texas.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 22nd day of April, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE